IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM HERRING, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-CV-55-RAH-CSC |
| JAMES GLENN GOGGANS, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 2, 2024. (Doc. 8.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED prior to service of process pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1).

Final Judgment will be entered separately.

DONE, on this the 22nd day of August 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE